# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LUXOTTICA GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 2:15-cv-02326-RDP |
| | ) |
| **PAUL MOBLEY COX, et al.,** | ) |
| | ) |
| Defendants. | ) |

### STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT PAUL MOBLEY COX TO RESPOND TO COMPLAINT

Plaintiff Luxottica Group S.p.A. filed the Complaint in this action on December 23, 2015. Defendant Paul Mobley Cox's ("Mr. Cox") response to the Complaint is due by February 3, 2016. Angela Holt, counsel for Mr. Cox, has requested that Plaintiff agree to extend the deadline for Mr. Cox's answer 30 days to March 4, 2016. Plaintiff agrees to Mr. Cox's request and hereby stipulates that Mr. Cox's answer to the Complaint is due on March 4, 2016.

*s/ Nathan C. VanDerVeer*
Nathan C. VanDerVeer (VAN048)
Attorney for Plaintiff
**FARRIS, RILEY & PITT, L.L.P.**
505 North 20th Street, Suite 1700
Birmingham, Alabama 35203
(205) 324-1212
(205) 324-1255 Facsimile
nate@frplegal.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 3rd day of February 2016 the above and foregoing was filed via the Clerk's ECF/CM system, which will send notification of the same to all counsel of record who have appeared in this matter.

                                         *s/ Nathan C. VanDerVeer*
                                         Nathan C. VanDerVeer (VAN048)