FILED
2016 Mar-01  AM 09:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LUXOTTICA GROUP SPA,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.:  2:15-CV-2326-RDP |
| } | |
| **PAUL MOBLEY COX, et al.,** } | |
| } | |
| Defendant. } | |

## ORDER

Before the court are Motions to Appear *Pro Hac Vice* filed on behalf of attorneys Jessica C. Covington (Doc. # 10) and Brent H. Blakely (Doc. # 11).  The Motions (Docs. # 10 and 11) are **CONDITIONALLY GRANTED**.

**On or before March 7, 2016**, Attorneys Covington and Blakely **SHALL:**

1. Pay the required fee; and

2. Certify to the court that he or she has read and understands:

    (a) any local rules applicable in this District;

    (b) the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, which can be accessed at:

    https://www.alabar.org/membership/code-of-professional-courtesy/,

    https://www.alabar.org/membership/lawyers-creed/; and

    (c) this court's CM/ECF requirements.

Failure to submit the above items will result in vacatur of the conditional grant of the motion.

**DONE** and **ORDERED** this March 1, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE