FILED
2016 Mar-01 PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>PAUL MOBLEY COX, an individual; STOP-N-GO, an unknown business entity; DAVID SHIRLEY, an individual; SHELL OIL COMPANY, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) **Case No. 2:15-cv-02326-RDP**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **CERTIFICATION OF JESSICA C. COVINGTON**

I, Jessica C. Covington, certify and state the following:

1. I have personal knowledge of the facts stated herein.

2. I am an attorney at Blakely Law Group.

3. I hereby certify to the Court that I have read and understand:

    a) the local rules applicable in this District;

    b) the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed; and

    c) this Court's CM/ECF requirements.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 1, 2016



                                                                Jessica C. Covington