# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) **Case No. 2:15-cv-02326-RDP** |
| PAUL MOBLEY COX, an individual; STOP-N-GO, an unknown business entity; DAVID SHIRLEY, an individual; SHELL OIL COMPANY, a Delaware Corporation; and DOES 1-10, inclusive, | ) ) ) ) ) |
| Defendants. | ) ) ) ) ) |

## CERTIFICATION OF BRENT H BLAKELY

I, Brent H. Blakely, certify and state the following:

1. I have personal knowledge of the facts stated herein.

2. I am an attorney at Blakely Law Group.

3. I hereby certify to the Court that I have read and understand:

    a) the local rules applicable in this District;

    b) the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed; and

    c) this Court's CM/ECF requirements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 1, 2016

_____
Brent H. Blakely

1