FILED

2016 Mar-22  PM 02:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LUXOTTICA GROUP, S.P.A.,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:15-CV-2326-RDP** |
| | } | |
| **PAUL MOBLEY COX, et al.,** | } | |
| | } | |
| **Defendants.** | } | |

### ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE

This case is **SET** for a Rule 16(b) scheduling conference at **11:30 a.m.** on **Tuesday, April 26, 2016**, in chambers of the undersigned located at the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Room 730, Birmingham, Alabama.

Out of town counsel for Plaintiff may participate in the conference via telephone.  The court will initiate the call.

**DONE** and **ORDERED** this March 22, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE