FILED

2016 Apr-04  PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LUXOTTICA GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:15-cv-02326-RDP** |
| | ) | |
| **PAUL MOBLEY COX, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT PAUL MOBLEY COX TO RESPOND TO COMPLAINT

Plaintiff Luxottica Group S.p.A. filed the Complaint in this action on December 23, 2015. Defendant Paul Mobley Cox's response to the complaint was initially due on February 3, 2016, and was extended by stipulation of the parties thirty days to March 4, 2016, and then to April 4, 2016. The parties are engaged in good faith settlement discussions, the Plaintiff agrees to extend the deadline for Mr. Cox's answer an additional thirty days.

/ / /

/ / /

/ / /

1

Plaintiff hereby stipulates that Mr. Cox's answer to the Complaint is due on May 4, 2016.

Respectfully submitted,

Dated: April 4, 2016          By:     */s/ Jessica Covington*
                                    Brent H. Blakely (*admitted pro hac vice*)
                                    Jessica C. Covington (*admitted pro hac vice*)
                                    **Attorneys for Plaintiff**
                                    **Luxottica Group, S.p.A.**
                                    BLAKELY LAW GROUP
                                    1334 Parkview Avenue Suite 280
                                    Manhattan Beach, CA 90266
                                    310-546-7400
                                    Fax: 310-546-7401
                                    Email: bblakely@blakelylawgroup.com
                                    jcovington@blakelylawgroup.com

                                    Nathan C. VanDerVeer
                                    FARRIS, RILEY & PITT, LLP
                                    505 North 20th Street, Suite 1700
                                    Birmingham, Alabama 35203
                                    (205) 324-1212
                                    (205) 324-1255 facsimile
                                    nate@frplegal.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 4th day of April, 2016, the above and foregoing was filed with the Clerk's ECF/CM system, which will send notification of the same to all counsel of record who have appeared in this matter.

<u>s/ *Jessica Covington*</u>
Jessica C. Covington
